The People of the State of Illinois, defendant in error, v. Leonard Piazza, plaintiff in error. Gen. No. 8,387.

Opinion filed February 18, 1932. Rehearing denied May 4, 1932.

Frank A. McCarthy and Theodore N. Schnell, for plaintiff in error. William D. Knight, State's Attorney, and Alfred B. Louison, Assistant State's Attorney, for defendant in error.

Mr. Justice Wolfe delivered the opinion of the court.

National Contract Purchase Corporation, appellee, v. Glen Building Corporation, appellant. Gen. No. 8,406.

Opinion filed March 15, 1932. Rehearing denied May 4, 1932.

Hadley & Weaver, for appellant; Willard E. Cain and John S. Woodward, of counsel. McDonald & Richmond, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Lee Stapleton, appellee, v. Erma Dewey, appellant. Gen. No. 8,468.

Opinion filed March 15, 1932. Rehearing denied May 4, 1932.

Miller, Elliott & Westervelt, for appellant; O. P. Westervelt and Eugene R. Johnson, of counsel. John E. Cassidy, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Mary Walsh, defendant in error, v. William Connors, plaintiff in error. Gen. No. 8,348.

Opinion filed March 30, 1932.

Butters & Butters, for plaintiff in error. Robert E. Larkin, for defendant in error.

Mr. Presiding Justice Jett delivered the opinion of the court.

The People of the State of Illinois, petitioner, v. Harry J. Cooper, respondent. Gen. Nos. 8,385 and 8,386.

Opinion filed March 30, 1932.

Maurice F. Lord, for petitioner. D. J. Peffers, for respondent.

Mr. Presiding Justice Jett delivered the opinion of the court.